

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00082-CV

**IN THE INTEREST OF I.M.D.**, I.M.D., I.M.D., and M.V.D., Children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI18096
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's February 9, 2022 "Agreed Order in Suit to Modify Parent-Child Relationship" is AFFIRMED.

Costs of this appeal are taxed against appellant Joelie Ann Villarreal.

SIGNED February 22, 2023.

_____
Luz Elena D. Chapa, Justice